ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Total Maintenance Solutions South Inc. | )  ASBCA No. 63614 |
| | ) |
| Under Contract No. 47QSWA-18-D-0063 | ) |
|   Delivery Order No. W912QR-22-F-0995 | ) |

APPEARANCE FOR THE APPELLANT:      Mike Macha
        Chief Operating Officer

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
        Engineer Chief Trial Attorney
      Nicole E. Angst, Esq.
        Engineer Trial Attorney
        U.S. Army Engineer District, Louisville

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 10, 2023

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63614, Appeal of Total Maintenance Solutions South Inc., rendered in conformance with the Board's Charter.

Dated:  August 10, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals